# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MARTINA CORREA | § | Case No. 13-25740 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,412.00
*(Without deducting any secured claims)*

Assets Exempt: 3,930.00

Total Distributions to Claimants: 15,993.37

Claims Discharged
Without Payment: 59,335.26

Total Expenses of Administration: 39,672.00

---

3) Total gross receipts of $ 63,918.80  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,253.43  (see **Exhibit 2**), yielded net receipts of $ 55,665.37  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,000.00 | $ 390.00 | $ 390.00 | $ 390.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 39,672.00 | 39,672.00 | 39,672.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,335.26 | 15,501.88 | 15,501.88 | 15,603.37 |
| **TOTAL DISBURSEMENTS** | $ 59,335.26 | $ 55,563.88 | $ 55,563.88 | $ 55,665.37 |

4)  This case was originally filed under chapter 7 on  06/24/2013 .  The case was pending for 64 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/04/2018                    By:/s/KAREN R. GOODMAN
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mesh personal injury action | 1242-000 | 63,918.80 |
| **TOTAL GROSS RECEIPTS** | | **$ 63,918.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARTINA CORREA | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 8,253.43 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 8,253.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Car Outlet Inc.<br>3401 N Cicero Ave<br>Chicago, IL 606413719 | | 3,000.00 | NA | NA | 0.00 |
| | Medical Liens | 4210-000 | NA | 390.00 | 390.00 | 390.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 3,000.00** | **$ 390.00** | **$ 390.00** | **$ 390.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 3,260.97 | 3,260.97 | 3,260.97 |
| KAREN R. GOODMAN | 2200-000 | NA | 226.50 | 226.50 | 226.50 |
| Associated Bank | 2600-000 | NA | 137.40 | 137.40 | 137.40 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 5,881.50 | 5,881.50 | 5,881.50 |
| Case Specific Expenses | 3702-000 | NA | 2,380.55 | 2,380.55 | 2,380.55 |
| Attrorney Fees | 3991-000 | NA | 24,289.14 | 24,289.14 | 24,289.14 |
| Common Benefit Expense | 3992-000 | NA | 300.00 | 300.00 | 300.00 |
| Multi-district Litigation Assessment | 3992-000 | NA | 3,195.94 | 3,195.94 | 3,195.94 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 39,672.00 | $ 39,672.00 | $ 39,672.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACC International 919 Estes Ct Schaumburg, IL 601934427 | | 389.00 | NA | NA | 0.00 |
| | Am-Eagle/Gemb GE Capital Retail bank/Attention: Bankru PO Box 103104 Roswell, GA 300769104 | | 0.00 | NA | NA | 0.00 |
| | Amer Coll Co/Acc International ACC International 919 Estes Ct Schaumburg, IL 601934427 | | 0.00 | NA | NA | 0.00 |
| | American Collections 919 Estes Ct Schaumburg, IL 601934427 | | 389.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Eagle Outiftters<br>77 Hot Metal St<br>Pittsburgh, PA 152032382 | | 260.00 | NA | NA | 0.00 |
| | Asset Acceptance LLC<br>PO Box 1630<br>Warren, MI 480901630 | | 1,257.00 | NA | NA | 0.00 |
| | Atlantic Crd<br>PO Box 13386<br>Roanoke, VA 240333386 | | 3,672.00 | NA | NA | 0.00 |
| | Atlantic Crd<br>PO Box 13386<br>Roanoke, VA 240333386 | | 0.00 | NA | NA | 0.00 |
| | Bank of America<br>Attention: Recovery<br>Department<br>4161 Piedmont Pkwy<br>Greensboro, NC 274108110 | | 0.00 | NA | NA | 0.00 |
| | Bank of America<br>Attention: Recovery<br>Department<br>4161 Piedmont Pkwy<br>Greensboro, NC 274108110 | | 0.00 | NA | NA | 0.00 |
| | Bank of America<br>PO Box 982235<br>El Paso, TX 799982235 | | 942.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>PO Box 982235<br>El Paso, TX 799982235 | | 1,787.00 | NA | NA | 0.00 |
| | Bay Area Credit Service, LLC<br>1901 W 10th St<br>Antioch, CA 945091380 | | 138.05 | NA | NA | 0.00 |
| | Bureau of Collection R<br>7575 Corporate Way<br>Eden Prairie, MN 553442022 | | 569.00 | NA | NA | 0.00 |
| | Bureau of Collection R<br>Attention: Bankruptcy<br>7575 Corporate Way<br>Eden Prairie, MN 553442022 | | 0.00 | NA | NA | 0.00 |
| | Cap One<br>PO Box 85520<br>Richmond, VA 232855520 | | 3,630.00 | NA | NA | 0.00 |
| | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 841300285 | | 0.00 | NA | NA | 0.00 |
| | CBE Group<br>PO Box 2695<br>Waterloo, IA 507042695 | | 1,221.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Childrens Place/Citicorp Credit Services Attn.: Centralized Bankruptcy PO Box 20363 Kansas City, MO 641950363 | | 0.00 | NA | NA | 0.00 |
| | Chld/Cbna PO Box 6497 Sioux Falls, SD 571176497 | | 687.00 | NA | NA | 0.00 |
| | Comenity Bank/Dressbrn PO Box 182789 Columbus, OH 432182789 | | 596.00 | NA | NA | 0.00 |
| | Comenity Bank/Express PO Box 182789 Columbus, OH 432182789 | | 872.00 | NA | NA | 0.00 |
| | Comenity Bank/Fashbug PO Box 182272 Columbus, OH 432182272 | | 1,462.00 | NA | NA | 0.00 |
| | Comenity Bank/Vctrssec PO Box 182789 Columbus, OH 432182789 | | 790.00 | NA | NA | 0.00 |
| | Diversified Adjustment 600 Coon Rapids Blvd NW Coon Rapids, MN 554335549 | | 281.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversified Adjustments<br>DASI-Bankrupcty<br>PO Box 32145<br>Fridley, MN 554320145 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 450408999 | | 1,046.00 | NA | NA | 0.00 |
| | Fashion Bug/Soanb/Wfnnb<br>WFNNB<br>PO Box 182125<br>Columbus, OH 432182125 | | 0.00 | NA | NA | 0.00 |
| | Ffcc-Columbus Inc<br>1550 Old Henderson Rd<br>Columbus, OH 432203626 | | 215.00 | NA | NA | 0.00 |
| | First Source Advantage LLC<br>PO Box 628<br>Buffalo, NY 142400628 | | 2,771.85 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg<br>LLC<br>1807 W Diehl Rd<br>Naperville, IL 605631890 | | 0.00 | NA | NA | 0.00 |
| | Fullerton Kimball Medical<br>Group<br>PO Box 478499<br>Chicago, IL 606477247 | | 124.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Amer Eagle<br>PO Box 965005<br>Orlando, FL 328965005 | | 907.00 | NA | NA | 0.00 |
| | Gecrb/Sams Club<br>PO Box 965005<br>Orlando, FL 328965005 | | 2,771.00 | NA | NA | 0.00 |
| | Ginnys/Swiss Colony<br>1112 7th Ave<br>Monroe, WI 535661364 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | | 2,956.00 | NA | NA | 0.00 |
| | Leading Edge Recovery<br>Solutions<br>5440 N Cumberland Ave<br>Chicago, IL 606561490 | | 1,254.42 | NA | NA | 0.00 |
| | LTD Financial Services<br>7322 Southwest Fwy<br>Houston, TX 770742010 | | 1,046.44 | NA | NA | 0.00 |
| | Monarch Recovery<br>Management Inc.<br>10965 Decatur Rd<br>Philadelphia, PA 191543210 | | 3,579.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Recovery Center Inc. 6491 Peachtree Industrial Blvd Atlanta, GA 303602100 | | 872.59 | NA | NA | 0.00 |
| | NCO Finance Systems Corp 507 Prudential Rd Horsham, PA 190442308 | | 270.61 | NA | NA | 0.00 |
| | NES of Ohio 29125 Solon Rd Solon, OH 441393442 | | 1,787.45 | NA | NA | 0.00 |
| | Omni Credit Services of Florida, Inc. PO Box 31179 Tampa, FL 336313179 | | 790.75 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy PO Box 41067 Norfolk, VA 235411067 | | 0.00 | NA | NA | 0.00 |
| | Portfolio Recvry&affil 120 Corporate Blvd Ste 1 Norfolk, VA 235024962 | | 2,738.00 | NA | NA | 0.00 |
| | Progressive Financial Services Inc. PO Box 22083 Tempe, AZ 852852083 | | 2,956.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Radio/Cbna PO Box 6497 Sioux Falls, SD 571176497 | | 1,221.00 | NA | NA | 0.00 |
| | Rshk/cbsd Attn.: Citi Centralized Bankruptcy PO Box 20363 Kansas City, MO 641950363 | | 0.00 | NA | NA | 0.00 |
| | Sams Club / Gemb Attention: Bankruptcy Department PO Box 103104 Roswell, GA 300769104 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna PO Box 6282 Sioux Falls, SD 571176282 | | 3,579.00 | NA | NA | 0.00 |
| | Seventh Avenue 1112 7th Ave Monroe, WI 535661364 | | 270.00 | NA | NA | 0.00 |
| | Target N.b. PO Box 673 Minneapolis, MN 554400673 | | 1,916.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mails PO Box 9475 Minneapolis, MN 554409475 | | 0.00 | NA | NA | 0.00 |
| | United Recovery Systems PO Box 722910 Houston, TX 772722910 | | 3,630.67 | NA | NA | 0.00 |
| | Victoria's Secret Attention: Bankruptcy PO Box 182125 Columbus, OH 432182125 | | 0.00 | NA | NA | 0.00 |
| | Viking Client Services Inc PO Box 44997 Eden Prairie, MN 553442697 | | 687.36 | NA | NA | 0.00 |
| | Wfnnb/Dress Barn Attention: Bankruptcy PO Box 182685 Columbus, OH 432182685 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/Express Attention: Bankruptcy PO Box 182685 Columbus, OH 432182685 | | 0.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,630.67 | 3,630.67 | 3,630.67 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,956.98 | 2,956.98 | 2,956.98 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 2,712.67 | 2,712.67 | 2,712.67 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 872.59 | 872.59 | 872.59 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,462.86 | 1,462.86 | 1,462.86 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 596.20 | 596.20 | 596.20 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 790.75 | 790.75 | 790.75 |
| 3 | SEVENTH AVENUE | 7100-000 | NA | 270.61 | 270.61 | 270.61 |
| 1 | TD BANK, USA | 7100-001 | NA | 2,208.55 | 2,208.55 | 2,208.55 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 23.77 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 19.36 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 17.76 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 24.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SEVENTH AVENUE | 7990-000 | NA | NA | NA | 1.77 |
| | TD BANK, USA | 7990-000 | NA | NA | NA | 14.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 56,335.26 | $ 15,501.88 | $ 15,501.88 | $ 15,603.37 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-25740 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | MARTINA CORREA | | | | Date Filed (f) or Converted (c): | 06/24/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/13/2013 |
| For Period Ending: | 10/04/2018 | | | | Claims Bar Date: | 08/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Checking Account With Tcf | 230.00 | 230.00 | | 0.00 | FA |
| 2.  Miscellaneous Used Household Goods | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3.  Personal Used Clothing | 300.00 | 300.00 | | 0.00 | FA |
| 4.  In Tax Year 2012, The Debtor Received A Tax Refu | 0.00 | 0.00 | | 0.00 | FA |
| 5.  2004 Chevrolet Trailblazer With 117,000 Miles Va | 3,812.00 | 3,812.00 | | 0.00 | FA |
| 6.  Mesh personal injury action  (u) | 0.00 | 33,363.17 | | 63,918.80 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,342.00 | $38,705.17 | | $63,918.80 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/18: Trustee filed and sent Notice of Surplus funds to all creditors; awaiting additional time for filing of claims

Initial Projected Date of Final Report (TFR): 03/31/2018        Current Projected Date of Final Report (TFR): 09/30/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-25740 | Trustee Name: KAREN R. GOODMAN |
| Case Name: MARTINA CORREA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3409 |
| | Checking |
| Taxpayer ID No: XX-XXX4550 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | | AWKO Coloplast Qualified Settlement Fund | Settlement of Mesh case pursuant to Court Order | | $33,363.17 | | $33,363.17 |
| | | | Gross Receipts                       $63,918.80 | | | | |
| | | Multi-district Litigation Assessment | 5% of gross                       ($3,195.94) | 3992-000 | | | |
| | | Attrorney Fees | Contingency Fee Contract      ($24,289.14) Rate: 40% | 3991-000 | | | |
| | | Medical Liens | Finalized Medical Liens            ($390.00) | 4210-000 | | | |
| | | Common Benefit Expense | Common Benefit Expense        ($300.00) | 3992-000 | | | |
| | | Case Specific Expenses | Reimburseable Expenses for    ($2,380.55) Settlement Alliance | 3702-000 | | | |
| | 6 | | Mesh personal injury action    $63,918.80 | 1242-000 | | | |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $39.99 | $33,323.18 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $47.94 | $33,275.24 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $49.47 | $33,225.77 |
| 08/28/18 | 104 | TD BANK, USA BY AMERICAN INFOSOURCE LP AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY, OK 73118 | First and Final Distribution for Claim No. 1 per court Order dated August 23, 2018 Reversal Interest split issue | 7100-000 | | ($2,223.01) | $35,448.78 |
| 08/28/18 | 101 | Karen R. Goodman, Trustee Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order dated August 23, 2018 | 2100-000 | | $3,260.97 | $32,187.81 |
| 08/28/18 | 102 | Karen R. Goodman, Trustee Taft Stettinius & Hollister LLP | Expenses for Trustee per Court Order of August 23, 2018 | 2200-000 | | $226.50 | $31,961.31 |

| | | | Page Subtotals: | | $33,363.17 | $1,401.86 | |

Page:   1

Page: 2

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-25740 | Trustee Name: KAREN R. GOODMAN |
| Case Name: MARTINA CORREA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3409 |
| | Checking |
| Taxpayer ID No: XX-XXX4550 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/18 | 103 | Taft Stettinius & Hollister LLP 111 East Wacker Drive, Suite 2800 Chicago, Illinois 60601 | Compensation to Attorney for Trustee per Court Order of August 23, 2018 | 3110-000 | | $5,881.50 | $26,079.81 |
| 08/28/18 | 104 | TD BANK, USA BY AMERICAN INFOSOURCE LP AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY, OK 73118 | First and Final Distribution for Claim No. 1 per court Order dated August 23, 2018 | 7100-001 | | $2,223.01 | $23,856.80 |
| 08/28/18 | 105 | TD BANK, USA BY AMERICAN INFOSOURCE LP AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY, OK 73118 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,223.01 | $21,633.79 |
| | | | ($14.46) | 7990-000 | | | |
| | | TD BANK, USA | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,208.55) | 7100-000 | | | |
| 08/28/18 | 106 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $3,654.44 | $17,979.35 |
| | | | ($23.77) | 7990-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($3,630.67) | 7100-000 | | | |
| 08/28/18 | 107 | SEVENTH AVENUE C/O CREDITORS BANKRUPTCY SERVICE P O BOX 800849 DALLAS, TX 75380 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $272.38 | $17,706.97 |
| | | | ($1.77) | 7990-000 | | | |
| | | SEVENTH AVENUE | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($270.61) | 7100-000 | | | |

| | | | | | Page Subtotals: | $0.00 | $14,254.34 |
|---|---|---|---|---|---|---|---|

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|

Case No: 13-25740

Case Name: MARTINA CORREA

Taxpayer ID No: XX-XXX4550

For Period Ending: 10/04/2018

Trustee Name: KAREN R. GOODMAN

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3409

Checking

Blanket Bond (per case limit): $54,646,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/18 | 108 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $878.30 | $16,828.67 |
| | | | ($5.71) | 7990-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 4 ($872.59) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 08/28/18 | 109 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $1,472.44 | $15,356.23 |
| | | | ($9.58) | 7990-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 5 ($1,462.86) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 08/28/18 | 110 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $600.10 | $14,756.13 |
| | | | ($3.90) | 7990-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 6 ($596.20) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 08/28/18 | 111 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $795.93 | $13,960.20 |
| | | | ($5.18) | 7990-000 | | | |

Page Subtotals: $0.00 $3,746.77

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-25740 | | | | Trustee Name: KAREN R. GOODMAN | | |
| Case Name: MARTINA CORREA | | | | Bank Name: Associated Bank | | |
| | | | | Account Number/CD#: XXXXXX3409 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX4550 | | | | Blanket Bond (per case limit): $54,646,000.00 | | |
| For Period Ending: 10/04/2018 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($790.75) | 7100-000 | | | |
| 08/28/18 | 112 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $2,976.34 | $10,983.86 |
| | | | | ($19.36) | 7990-000 | | |
| | | CAPITAL ONE, N.A. | Final distribution to claim 8 representing a payment of 100.00 % per court order. | ($2,956.98) | 7100-000 | | |
| 08/28/18 | 113 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO GE CAPITAL RETAIL BANK (JC PENNEY) POB 41067 NORFOLK, VA 23541 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $2,730.43 | $8,253.43 |
| | | | | ($17.76) | 7990-000 | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 9 representing a payment of 100.00 % per court order. | ($2,712.67) | 7100-000 | | |
| 08/28/18 | 114 | MARTINA CORREA 2948 N WISNER AVE FL 2 CHICAGO, IL  60618-6713 | Distribution of surplus funds to debtor. | | 8200-002 | | $8,253.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $33,363.17 | $33,363.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,363.17 | $33,363.17 |
| Less: Payments to Debtors | $0.00 | $8,253.43 |
| Net | $33,363.17 | $25,109.74 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $13,960.20 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3409 - Checking | $33,363.17 | $25,109.74 | $0.00 |
| | $33,363.17 | $25,109.74 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $30,555.63 |
| Total Net Deposits: | $33,363.17 |
| Total Gross Receipts: | $63,918.80 |

Page Subtotals:                    $0.00          $0.00